# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

Charles Leon Garmon

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:04CR7-1-MU
USM Number: 19492-058

Emily Marroquin
Defendant's Attorney

**THE DEFENDANT:**

| X | admitted guilt to violation of condition(s) 2-7 of the term of supervision. |
|---|---|
|   | was found in violation of condition(s) count(s) after denial of guilt. |

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Failure to comply with drug testing / treatment requirements | 6/6/06 |
| 3 | Failure to submit monthly supervision reports | 8/5/2006 |
| 4 | Failure to make required court payments | 8/1/2006 |
| 5 | Failure to maintain lawful employment | 4/25/2006 |
| 6 | Failure to report contact with law enforcement offficer | 4/25/2006 |
| 7 | Other | 8/15/2006 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

| X | The Defendant has not violated condition(s) __1__ And is discharged as such to such violation(s) condition. |
|---|---|

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 10/24/2006

Signed: October 27, 2006

Graham C. Mullen
United States District Judge

Defendant: Charles Leon Garmon  Judgment-Page 2 of 2
Case Number: 3:04cr7-1-Mu

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWELVE (12) MONTHS</u>.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

That the defendant has a history of substance abuse and the court recommends the defendant be allowed to participate in any available substance abuse treatment programs while incarcerated, pursuant to 18:3621(c)(2).

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

  ____ As notified by the United States Marshal.

  ____ At___a.m. / p.m. on ___.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ As notified by the United States Marshal.

  ____ Before 2 p.m. on ___.

  ____ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

                                                                _____
                                                                United States Marshal

                          By: _____
                                   Deputy Marshal